UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHRISTI DENISE SPARKS,

    Plaintiff,

v.    Case No. 3:17-cv-979-J-32MCR

CHARLES KEEN,

    Defendant.

**O R D E R**

This case is before the Court on pro se Plaintiff Christi Denise Sparks's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2). On December 19, 2017, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 8) recommending that the Application be denied; this case be dismissed without prejudice; and the Clerk of Court be directed to terminate any pending motions and close the file.

No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a).

Upon de novo review and for the reasons stated in the Report and Recommendation (Doc. 8), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 8) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) is **DENIED**.

3. This case is **DISMISSED** without prejudice.

4. The Clerk of Court shall terminate any pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 29th day of January, 2018.

TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies to:

Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of record

Pro se Plaintiff